

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747


Paul Carruthers
631.247.4740 direct
631.247.4700 main
631.794.2411 fax
pcarruthers@littler.com

October 10, 2023

Application **DENIED**.  The October 25, 2023, initial pretrial conference will proceed as scheduled and the parties shall submit their pre-conference materials by October 18, 2023.  So Ordered.

**VIA ECF**

Dated: October 11, 2023
     New York, New York

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Dakmak v. Pergola Roof LLC*
     23-cv-7819 (LGS)(SN)

Dear Judge Schofield:

    This firm represents Defendant Pergola Roof LLC, in the above-referenced action.  We write, jointly with Plaintiff's counsel, to respectfully request an adjournment of the Initial Conference currently scheduled for October 25, 2023.  This is the first request from either party for an adjournment of the Initial Conference.

    Due to the filing of the waiver of service, Defendant's response to the Complaint is due by November 10, 2023. Additionally, this matter is governed by the Initial Discovery Protocols for Employment Cases and, as such, the Parties are to exchange Initial Discovery, as per the Protocols, within 30 days after the Defendant has submitted a responsive pleading (*i.e.*, on or before December 11, 2023). Further, the Parties are currently engaged in settlement discussions and the adjournment would allow for continued discussions and hopefully a resolution without the need to engage in discovery.

    As such, we respectfully request that the dates for the submission of the joint Proposed Case Management Plan and the Initial Conference be adjourned to dates after December 11, 2023. In the event a settlement is reached, the Parties will inform the Court as soon as possible.

littler.com

Honorable Lorna G. Schofield
October 9, 2023
Page 2

We thank the Court for its time and consideration into this request.

Respectfully submitted,

*/s/ Paul Carruthers*

Paul Carruthers

cc: All Counsel via ECF

4871-8414-1958.1 / 121634-1001

littler.com