A referral to Judge Netburn will issue separately.  By one week after the settlement conference, the parties shall file a joint letter updating the Court on the status of settlement discussions.  By **February 12, 2024**, the parties shall submit a joint discovery status letter including what documents have been produced and what remains, whether responses to interrogatories have been served, the number of depositions taken and remaining to be taken, and for the latter, the deponent's title or role in the litigation.  So Ordered.

Dated: February 8, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Room 1106
New York, NY 10007

    **Re:**    *Mohamad Dakmak v. Pergola Roof, LLC (D/B/A Pergola Roof)*
            **Case No. 23-cv-07819 (LGS)**

Dear Judge Schofield:

    We represent the Defendant in the above referenced matter.  We write, jointly with counsel for Plaintiff, to respectfully request: (1) referral of this case to a Magistrate Judge for the purpose of conducting a settlement conference; and, (2) a stay of the current deadlines pending the settlement conference.

    For the past several weeks, counsel for the parties have engaged in fruitful settlement discussions.  However, counsel has come to the point where they believe a settlement conference with the assistance of a Magistrate Judge will help the parties to reach a resolution.

    We appreciate your courtesy and consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Kimberly N. Dobson*

Kimberly N. Dobson
Paul Carruthers

cc:    All counsel of record (Via ECF)

littler.com