UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMAD DAKMAK<br><br>                Plaintiff,<br><br>-against-<br><br>PERGOLA ROOF LLC (D/B/A PERGOLA ROOF),<br><br>                Defendant. | 23-CV-07819 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 8, 2024 (ECF 21), Judge Lorna G. Schofield referred this case to Magistrate Judge Sarah Netburn for settlement. On February 9, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Wednesday, February 21, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **February 13, 2024** to propose three alternative dates for a settlement conference during the week of **February 20, 2024**. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **February 14, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  February 9, 2024　　　　　　　　　　　　　SO ORDERED.
              New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge